UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:07-CR-71-H
CIVIL ACTION NO. 3:13-CV-495-H

AUDREY LOUIS JOHNSON, JR.                             MOVANT/DEFENDANT

v.

UNITED STATES OF AMERICA                              RESPONDANT/PLAINTIFF

**MEMORANDUM OPINION AND ORDER**

Movant, Audrey Louis Johnson, Jr., is a federal prisoner who was found guilty in 2009 of aiding and abetting another to distribute more than 50 grams of crack cocaine. After attempting unsuccessfully to have this conviction reversed on direct appeal, he has now filed a motion to vacate, set aside or correct his sentence pursuant to 22 U.S.C. § 2255. The Court referred the matter to the Magistrate Judge who produced Findings of Fact, Conclusions of Law and a Recommendation that the motion be denied but that a certificate of appealability be issued as to certain Sixth Amendment issues.

The Court has reviewed the Magistrate Judge's conclusions and Movant's objections to it. The Court agrees entirely with the Magistrate Judge's recommendations. Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Movant's complaint is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Movant be granted a certificate of appealability as to his claims of ineffective assistance of counsel on his Sixth Amendment issues which do not include sentencing related matters.

This is a final and appealable order.


cc: Counsel of Record
　　Magistrate Judge Dave Whalin